UNITED STATES of America,
Plaintiff-Appellant,

v.

Louis M. DARENSBOURG,
Defendant-Appellee.

No. 74–2313.

United States Court of Appeals,
Fifth Circuit.

Dec. 4, 1975.

Douglas M. Gonzales, U. S. Atty., Robert S. Leake, Asst. U. S. Atty., Baton Rouge, La., for plaintiff-appellant.

Alex Wall, Baton Rouge, La., for defendant-appellee.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Before GODBOLD, Circuit Judge, SKELTON, Associate Judge,* and GEE, Circuit Judge.

GEE, Circuit Judge:

In his petition for rehearing, defendant-appellee points out a factual inaccuracy in the preamble to our opinion. The fourth sentence in the opinion is therefore corrected to read as follows:

A search by authority of the warrant produced weapons, though not precisely those named in the warrant, including a sawed-off shotgun (of smaller gauge than that stated) allegedly used in the armed robbery of a drive-in grocery.

In all other respects, the Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

GODBOLD, Circuit Judge (dissenting):

For the reasons set out in my dissenting opinion, I dissent from the denial of petition for rehearing.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

BOB BRITT LUMBER CO., INC., Respondent.

No. 74–2194.

United States Court of Appeals,
Ninth Circuit.

Oct. 28, 1975.
Rehearing and Rehearing En Banc Denied Jan. 6, 1976.

Michael Messitte, N.L.R.B., San Francisco, Cal. (argued), for petitioner.

Robert J. Scolnik, San Francisco, Cal. (argued), for respondent.

ORDER

Before MERRILL and KOELSCH, Circuit Judges, and SMITH,* District Judge.

The order of the National Labor Relations Board issued November 13, 1973, and reported at 207 NLRB No. 35 is enforced in full.

---

* Of U. S. Court of Claims, sitting by designation.

* The Honorable Russell E. Smith, Chief Judge of the United States District Court for the District of Montana, sitting by designation.